B6 Summary (Official Form 6 - Summary) (12/14)

# United States Bankruptcy Court
## Eastern District of Virginia

In re  **Gayle Robyn Mikell**,
Debtor

Case No. **15-35394**

Chapter **13**

# SUMMARY OF SCHEDULES - AMENDED

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 3 | 19,251.88 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 16,082.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | 282.27 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 7 | | 42,246.59 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 2 | | | 2,837.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 2 | | | 2,455.00 |
| Total Number of Sheets of ALL Schedules | | 21 | | | |
| | | Total Assets | 19,251.88 | | |
| | | | Total Liabilities | 58,610.86 | |

B 6 Summary (Official Form 6 - Summary) (12/14)

# United States Bankruptcy Court
## Eastern District of Virginia

In re **Gayle Robyn Mikell**,
Debtor

Case No. **15-35394**

Chapter **13**

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | 282.27 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | 0.00 |
| Student Loan Obligations (from Schedule F) | 18,338.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | 0.00 |
| TOTAL | 18,620.27 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 12) | 2,837.00 |
| Average Expenses (from Schedule J, Line 22) | 2,455.00 |
| Current Monthly Income (from Form 22A-1 Line 11; OR, Form 22B Line 14; OR, Form 22C-1 Line 14 ) | 3,582.85 |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | 4,607.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | 282.27 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | 0.00 |
| 4. Total from Schedule F | | 42,246.59 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | 46,853.59 |

B6E (Official Form 6E) (4/13)

.

In re   **Gayle Robyn Mikell**                                                                                                                    ,    Case No. __**15-35394**_____
                                                         Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS - AMENDED

    A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

    The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

    Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

    Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

    Report the total of amounts <u>not</u> entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

    Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

    Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

    Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

    Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

    Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

    Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

    Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

    Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

    Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*\* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

                          **1**_____ continuation sheets attached

B6E (Official Form 6E) (4/13) - Cont.

In re  **Gayle Robyn Mikell**                                        ,  Case No.  **15-35394**
                            Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS - AMENDED
(Continuation Sheet)

**Taxes and Certain Other Debts Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. xxx3643<br><br>**County of Henrico<br>attn: Rhysa G South<br>PO Box 90775<br>Henrico, VA 23273-7032** | | - | **2015**<br><br>**Personal Property tax** | | | | 282.27 | 0.00 | 282.27 |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |

Sheet  **1**  of  **1**   continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal (Total of this page)    282.27    0.00    282.27

Total (Report on Summary of Schedules)    282.27    0.00    282.27

B6F (Official Form 6F) (12/07)

In re **Gayle Robyn Mikell**,   Case No. **15-35394**
Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx xxx3703** <br><br>**ACI** <br>**Americn Coradius International** <br>**2420 Sweet Home Rd Ste 150** <br>**Buffalo, NY 14228** | - | | **2015** <br><br>**re:  Allied Cash Advance** | | | | **795.97** |
| Account No. **xxxxxxxxxxxx0562** <br><br>**Capital One** <br>**Attn: Bankruptcy** <br>**PO Box 30285** <br>**Salt Lake City, UT 84130** | - | | **Opened  3/01/15  Last Active  9/17/15** <br><br>**Credit Card** | | | | **278.00** |
| Account No. **xxxx8663** <br><br>**CashnetUSA** <br>**200 West Jackson, Suite 1400** <br>**Chicago, IL 60606-6941** | - | | **unknown** <br><br>**Payday Loan** | | | | **962.28** |
| Account No. **xxxxxxx3096** <br><br>**Contract Callers Inc** <br>**1058 Claussen Rd, Ste 110** <br>**Augusta, GA 30907** | - | | **unknown** <br><br>**re:  Dominion VA Power** | | | | **346.00** |

__**6**__  continuation sheets attached

Subtotal (Total of this page)   **2,382.25**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Gayle Robyn Mikell**,  Case No. **15-35394**
Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx4138** <br><br> **Credit Adjustment Board** <br> **8002 Discovery Drive, Ste 311** <br> **Henrico, VA 23229** | | - | **unknown** <br><br> **re: Ortho Virginia** | | | | **22.50** |
| Account No. **xxx-xx-7727** <br><br> **DirectTV** <br> **attn: Bankruptcy Claims** <br> **PO Box 6550** <br> **Englewood, CO 80155-6550** | | - | **2015** <br><br> **Utility** | | | | **Unknown** |
| Account No. **xxx-xx-7727** <br><br> **Elephant Insurance Svcs** <br> **140 Eastshore Dr** <br> **Glen Allen, VA 23059** | | - | **unknown** <br><br> **Service** | | | | **Unknown** |
| Account No. **xxx-xx-7727** <br><br> **Express Check Advance** <br> **2034 Hamilton Place Blvd** <br> **Suite 100** <br> **Chattanooga, TN 37421** | | - | **unknown** <br><br> **Payday Loan** | | | | **Unknown** |
| Account No. **xxx-xx-7727** <br><br> **Great Lakes Educational Loans** <br> **2401 International Lane** <br> **Madison, WI 53704** | | - | **unknown** <br><br> **Student Loans** | | | | **Unknown** |

Sheet no. **1** of **6** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  **22.50**

B6F (Official Form 6F) (12/07) - Cont.

In re **Gayle Robyn Mikell**, Case No. **15-35394**
  Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxxxx0583  Horizon Financial Management  9980 Georgia St.  Crown Point, IN 46307-6520 | | - | 9/22/14  re: St. Mary's Hospital | | | | 234.91 |
| Account No. xxxxxxxxxx32-70  Liberty Mutual Insurance  175 Berkeley Street  Boston, MA 02116 | | - | 2015  Service | | | | 332.84 |
| Account No. xxx-xx-7727  MCV Physicians  1601 Willow Lawn Dr, Ste 275  Richmond, VA 23230 | | - | unknown  Medical | | | | Unknown |
| Account No. xxxxxxxxxx6156  Nc Financial  200 W Jackson Blvd Ste 2  Chicago, IL 60606 | | - | Opened 8/01/14 Last Active 4/21/15  Unsecured | | | | 2,510.00 |
| Account No. xxxxxxx87-00  NCEP LLC  112 N Curry St.  Carson City, NV 89703 | | - | 10/12/2012  Judgment in Henrico Co GDC | | | | 938.00 |

Sheet no. **2** of **6** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   **4,015.75**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Gayle Robyn Mikell**  , Case No. **15-35394**
Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxx4493<br><br>**NPAS Solutions**<br>**PO Box 2248**<br>**re: Henrico Doctors Hospital**<br>**Maryland Heights, MO 63043** | - | | 6/26/14<br><br>re: Henrico Doctors Hospital | | | | 974.86 |
| Account No. xxxxx-xxxxxx4138<br><br>**OrthoVirginia**<br>**1115 Boulders Pkwy**<br>**Suite 200**<br>**Richmond, VA 23225** | - | | unknown<br><br>Medical | | | | 117.82 |
| Account No. xxx3395<br><br>**Pmab Srvc**<br>**435 South Stream Blvd**<br>**4th Floor**<br>**Charlotte, NC 28217** | - | | Opened 5/01/12 Last Active 5/05/15<br><br>re: Continental Emergency Servic | | | | 985.00 |
| Account No. xxx3202<br><br>**Pmab Srvc**<br>**435 South Stream Blvd**<br>**4th Floor**<br>**Charlotte, NC 28217** | - | | Opened 3/01/12 Last Active 5/05/15<br><br>re: Continental Emergency Servic | | | | 423.00 |
| Account No. xxx9837<br><br>**Receivables Management System**<br>**PO Box 8630**<br>**re: Elephant Insurance Svcs**<br>**Richmond, VA 23226** | - | | unknown<br><br>re: Elephant Insurance Services | | | | 155.04 |

Sheet no. __3__ of __6__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  **2,655.72**

B6F (Official Form 6F) (12/07) - Cont.

In re **Gayle Robyn Mikell**, Case No. **15-35394**
Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxx0583** <br> **Receivables Outsourcing** <br> **PO Box 549** <br> **re: St. Mary's Hospital** <br> **Lutherville Timonium, MD 21094** | - | | 2015 <br><br> re: St. Mary's Hospital | | | | 204.91 |
| Account No. **xxxxx7401** <br> **Regional Acceptance Co** <br> **1200 E Fire Tower Rd** <br> **Greenville, NC 27858** | - | | Opened 5/01/08  Last Active 10/22/13 <br><br> Deficiency Balance | | | | 5,158.00 |
| Account No. **xxx-xx-7727** <br> **South University - Richmond** <br> **1400 Penn Ave** <br> **Pittsburgh, PA 15222** | - | | 2015 <br><br> Tuition | | | | 7,863.00 |
| Account No. **xxxx7021** <br> **Stark and Stark PLC** <br> **5540 Falmouth Street** <br> **Suite 107** <br> **Richmond, VA 23230** | - | | unknown <br><br> Medical | | | | 615.29 |
| Account No. **xxxx6208** <br> **Stellar Recovery Inc** <br> **4500 Salisbury Rd Ste 10** <br> **Jacksonville, FL 32216** | - | | Opened 7/01/15 <br><br> re: Comcast | | | | 77.00 |

Sheet no. **4** of **6** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page): **13,918.20**

B6F (Official Form 6F) (12/07) - Cont.

In re **Gayle Robyn Mikell**, Case No. **15-35394**
_____
Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxx8440** <br><br> **Trident Asset Management** <br> **PO Box 888424** <br> **Atlanta, GA 30356** | | - | **re: Columbia House Dvd** | | | | **100.00** |
| Account No. **xxxxxxxxxxxx8581** <br><br> **Us Dept Of Ed/glelsi** <br> **PO Box 7860** <br> **Madison, WI 53707** | | - | **Opened 5/01/13 Last Active 9/30/15** <br><br> **Student Loans** | | | | **18,338.00** |
| Account No. **xxx-xx-7727** <br><br> **VCU Health System -- MCV Hosp.** <br> **Set-off Debt Section** <br> **PO Box 980462** <br> **Richmond, VA 23298-0462** | | - | **unknown** <br><br> **Medical** | | | | **Unknown** |
| Account No. **xxxxxxxx7 68Y** <br><br> **Verizon** <br> **500 Technology Dr Ste 30** <br> **Weldon Spring, MO 63304** | | - | **2015** <br><br> **Utility** | | | | **146.01** |
| Account No. **xx3904** <br><br> **Virginia Physicians** <br> **Innsbrook Ancillary Radiology** <br> **PO Box 70188** <br> **Richmond, VA 23225** | | - | **5/9/14** <br><br> **Medical** | | | | **341.58** |

Sheet no. __5__ of __6__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **18,925.59**

B6F (Official Form 6F) (12/07) - Cont.

In re **Gayle Robyn Mikell**, Case No. **15-35394**
Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xx3904<br><br>Virginia Physicians<br>Innsbrook Ancillary Radiology<br>PO Box 70188<br>Richmond, VA 23225 | | - | 5/29/14<br><br>Medical | | | | 326.58 |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

Sheet no. __6__ of __6__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **326.58**

Total (Report on Summary of Schedules) **42,246.59**

# United States Bankruptcy Court
### Eastern District of Virginia

In re **Gayle Robyn Mikell**      Case No. **15-35394**
Debtor(s)      Chapter **13**

## AMENDMENT COVER SHEET

Amendment(s) to the following petition, list(s), schedule(s) or statement(s) are transmitted herewith:

- ☐ Involuntary/Voluntary Petition *[Specify reason for amendment: ____]*
  Check if applicable: ☐ Soc. Sec. No. amended. **[*If applicable*: An original, signed Official Form 121 was mailed/hand-delivered to the Clerk's office on _____.*]**
- ☑ Summary of Your Assets and Liabilities (and Certain Statistical Information - Individuals Only)
- ☐ Declaration (Individuals - Form 106Dec) (Non-Individuals - Form 202)
- ☐ Schedule A/B - Property
- ☐ Schedule C - The Property You Claim as Exempt
- ☐ Schedule D – Creditors Who Hold Claims Secured by Property (See LBR 1009-1)
- ☑ Schedule E/F Creditors Who Have Unsecured Claims (See LBR 1009-1)
  *($30.00 fee required if adding or deleting pre-petition creditors, changing amounts owed or classification of debt.)* **Check applicable statement(s):**
  - ☑ Creditor(s) added     ☐ Creditor(s) deleted
  - ☐ Change in amounts owed or classification of debt
  - ☐ No pre-petition creditors added/deleted, or amounts owed or classification of debt changed. [Docket: Amended Schedule(s) and/or Statement(s), List(s)-NO FEE]
  - ☐ Post-petition creditors added (Schedule of Unpaid Debts)
  
  **REMINDER: Conversion of Chapter 13 to Chapter 7 - only file Schedule of Unpaid Debts.**
- ☐ Schedule G- Executory Contracts and Unexpired Leases
- ☐ Schedule H - Codebtors
- ☐ Schedule I - Your Income
- ☐ Schedule J - Your Expenses

**[NOTE: The form "NOTICE TO CREDITOR(S) (RE AMENDMENT)" is still required when adding or deleting creditors. *Amendment of debtor(s) Social Security Number requires this cover sheet together with a completed Official Form 121 - Statement About Your Social Security Numbers be electronically filed or submitted to the Clerk's Office for 'restricted" entry of the amended Social Security Number into the case record. ]**

- ☐ Statement of Financial Affairs
- ☐ Statement of Intention for Individuals Filing Under Chapter 7
- ☐ Chapter 11 List of Equity Security Holders
- ☐ Chapter 11: The List of Creditors Who Have the 20 Largest Unsecured Claims Against You Who Are Not Insiders
- ☐ Attorney's Disclosure of Compensation
- ☐ Other: ____

### NOTICE OF AMENDMENT(S) TO AFFECTED PARTIES

Pursuant to Federal Rule of Bankruptcy Procedure 1009(a) and Local Rule 1009-1, I certify that notice of the filing of the amendment(s) checked above has been given this date to the United States Trustee, the trustee in this case, and to any and all entities affected by the amendment as follows: ____.

Date: **December 3, 2015**

/s/ **Richard J. Oulton for America Law Group**
**Richard J. Oulton for America Law Group**
Attorney for Debtor(s) [or *Pro Se* Debtor(s)]
State Bar No.: **29640**
Mailing Address: **America Law Group, Inc. dba Debt Law Group**
**America Law Group, Inc. dba Debt Law Group**
**8501 Mayland Dr., Ste 106**
**Henrico, VA 23294**
Telephone No.: **804-308-0051**

[amendcs ver. 12/15]

# United States Bankruptcy Court
## Eastern District of Virginia

In re   **Gayle Robyn Mikell**  
Debtor(s)

Case No.   **15-35394**  
Chapter   **13**

**TO:**

Henrico County  
Department of Finance  
PO Box 90775  
Henrico, VA 23273

Virginia Physicians  
Innsbrook Ancillary Radiology  
PO Box 70188  
Richmond, VA 23255

Verizon  
500 Technology Dr. Ste 30  
Weldon Spring, MO 63304

Receivables Outsourcing  
re: St. Mary's Hospital  
PO Box 549  
Timonium, MD 21094

NPAS Solutions, LLC  
re: Henrico Doctor's Hospital  
PO Box 2248  
Maryland Heights, MO 63043

Liberty Mutual Insurance  
175 Berkeley St.  
Boston, MA 02116

Receivables Systems, Inc.  
re:  Elephant Insurance Svcs  
PO Box 8630  
Richmond, VA 23226

## NOTICE TO CREDITOR(S) (RE AMENDMENT)

NOTICE IS HEREBY GIVEN that an amendment to the above-captioned debtor's schedules has been filed

☑ adding you as a creditor,  
☐ deleting you as a creditor,  
☐ correcting your address

A copy of the amendment is forwarded to you together with this notice.

*[If amendment is adding creditor(s)]*  NOTICE IS FURTHER GIVEN that also forwarded to you together with this notice is a copy of the notice of the meeting of creditors called by the United States Trustee pursuant to Federal Rule of Bankruptcy Procedure 2003, giving the particulars of the case and stating the last date for the filing of claims *(if any was given)*, for filing complaints objecting to the discharge and complaints to determine the dischargeability of certain debts; a copy of the discharge of the debtor, *if one has been entered,* a subsequent notice to file claims, *if one has been issued,* and any other filed document affecting the rights of the added creditor(s).

**Gayle Robyn Mikell**

Date:  **December  3, 2015**         By   **/s/ Richard J. Oulton for America Law Group**  
Attorney for Debtor [or *Pro Se* Debtor]  
State Bar No.:   **29640**  
Address:   **America Law Group, Inc. dba Debt Law Group**  
**America Law Group, Inc. dba Debt Law Group**  
**8501 Mayland Dr., Ste 106**  
**Henrico, VA 23294**  
Telephone No.:   **804-308-0051**

[ ntctoaddcreds ver. R. 11/01]

**CERTIFICATION**

      I certify that on    **December 3, 2015**   , I served a copy of the foregoing notice on the United States Trustee, any appointed trustee, and any and all entities affected by the amendment pursuant to Local Bankruptcy Rule 1009-1(A).

                                        **/s/ Richard J. Oulton for America Law Group**
                                        **Richard J. Oulton for America Law Group**
                                        Attorney for Debtor [or *Pro Se* Debtor]

# United States Bankruptcy Court
## Eastern District of Virginia

In re  **Gayle Robyn Mikell**  
Debtor(s)

Case No.  **15-35394**  
Chapter  **13**

# AMENDED
## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I certify under penalty of perjury that the foregoing is true and correct.

Date  **December 3, 2015**    Signature  **/s/ Gayle Robyn Mikell**  
**Gayle Robyn Mikell**  
Debtor

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571